# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>   Plaintiff,<br><br>  v.<br><br>SIX UNKNOWN NAMES AGENT OR MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA, et al.,<br><br>   Defendants. | CASE No. 1:13-cv-01732-AWI-DLB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS<br><br>ORDER STRIKING COMPLAINT FROM RECORD FOR LACK OF SIGNATURE<br><br>(ECF No. 1)<br><br>THIRTY-DAY DEADLINE |

  Plaintiff, a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971), filed an unsigned complaint on October 28, 2013. Unsigned documents cannot be considered by the Court, and Plaintiff's complaint shall be stricken the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b). Plaintiff has also not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

  The complaint filed sets forth no intelligible claims for relief, and fails to state any cognizable claims under federal law. *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007). Further, the Court finds that the language and substance of the complaint is the same as complaints filed by Young Yil Jo, who this Court has sanctioned for acting in bad faith by filing over two hundred similar civil cases in this district.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned complaint, filed October 28, 2013, is STRICKEN FROM THE RECORD;

2. Within thirty (30) days from the date of service of this order, Plaintiff SHALL file a signed complaint;

3. The Clerk's Office shall send to Plaintiff the form for application to proceed in forma pauperis;

4. Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

5. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 31, 2013**              /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE